587 F.2d 809
 Patricia F. CHILDRESS, Plaintiff-Appellee,
v.
CONTINENTAL CASUALTY COMPANY, Defendant-Appellant,
Combined Insurance Company of America et al., Defendants.
 No. 78-1578
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 9, 1979.
 Francis G. Weller, New Orleans, La., for defendant-appellant.
 Dan C. Garner & Associates, New Orleans, La., for plaintiff-appellee.
 Before CLARK, RONEY and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed on the basis of the opinion of the district court, 461 F.Supp. 704.
 
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I